**Paul WILLIAMS, Appellant,**

**v.**

**STATE of Texas, Appellee.**

**No. 26765.**

Court of Criminal Appeals of Texas.

Jan. 20, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is the possession of whiskey for the purpose of sale in a dry area, with prior convictions alleged to enhance the punishment; the punishment, 365 days in jail and a fine of $500.

This is a companion case to Wynn v. State, Tex.Cr.App., 263 S.W.2d 566.

In this case, as in the Wynn case, the trial court refused the requested charge on circumstantial evidence. In so doing, he fell into error, and for such error the judgment is reversed and the cause remanded.